

# OFFICE OF
# THE ATTORNEY GENERAL
## AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

April 28, 1947

Hon. Ernest Guinn
County Attorney
El Paso County
El Paso, Texas

Opinion No. V-167

Re: Are the Texas lottery laws
violated under a plan where-
by a merchant awards a wash-
ing machine by chance to a
registrant without requir-
ing the registrant to be a
customer or purchase mer-
chandise?

Dear Mr. Guinn:

The question of whether or not the lottery
laws of Texas are violated by the plan presented in
your opinion request of March 26, 1947, has been care-
fully considered. It is stated in the enclosure to
your letter that the company has moved its place of
business and proposes to request anyone to register at
the new place of business, and on a certain night, some
30 days or more thereafter, a drawing will be had and
the lucky person will draw a washing machine. It is
further stated that the registrants are not required to
be customers nor are they required to make a purchase.

This department has in the past rendered num-
erous opinions concerning the legality of various ad-
vertising and promotional plans. However, a review of
these former opinions shows that none of them were writ-
ten on a fact situation similar to the one outlined in
your request.

Article III, Section 47 of the Constitution
of Texas provides:

"The Legislature shall pass laws pro-
hibiting the establishment of lotteries and
gift enterprises in this State, as well as
the sale of tickets in lotteries, gift enter-
prises or other evasions involving the lottery
principle, established or existing in other
States."

Pursuant to this constitutional command, the
Legislature passed Article 654 of the Penal Code, which
reads as follows: